UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENID MARIE FLORES,<br><br>                Plaintiff,<br><br>        v.<br><br>CALIFORNIA CORRECTIONAL WOMEN'S FACILITY, *et al.*,<br><br>                Defendants. | Case No.   1:19-cv-01681-AWI-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE BE DISMISSED AS FRIVOLOUS BECAUSE IT IS DUPLICATIVE OF CASE 1:19-cv-01509-NONE-JLT<br><br>OBJECTIONS DUE IN FOURTEEN DAYS |

Plaintiff Enid Marie Flores is a state prisoner proceeding without counsel in this action. Plaintiff filed the complaint commencing this action on November 12, 2019.  ECF No. 1.  On April 6, 2020, plaintiff was ordered to show cause why this case was not duplicative of *Flores v. Cal. Corr. Women's Facility*, No. 1:19-cv-01509.  In response and in other filings, plaintiff has not disputed that the cases are duplicative.  *See* ECF Nos. 18, 19, 20, 21.

Duplicative lawsuits filed by a plaintiff proceeding in forma pauperis are subject to dismissal as either frivolous or malicious under 28 U.S.C. § 1915(e).  *See, e.g.*, *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *McWilliams v. State of Colo.*, 121 F.3d 573, 574 (10th Cir. 1997); *Pittman v. Moore*, 980 F.2d 994, 994-95 (5th Cir. 1993); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988).  "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same

1    defendant.'" *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007)

2    (quoting *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977)), *overruled on other grounds by*

3    *Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

4        "To determine whether a suit is duplicative, we borrow from the test for claim

5    preclusion." *Adams*, 497 F.3d at 688. "'[T]he true test of the sufficiency of a plea of 'other suit

6    pending' in another forum [i]s the legal efficacy of the first suit, when finally disposed of, as 'the

7    thing adjudged,' regarding the matters at issue in the second suit.'" *Id.* (quoting *The Haytian*

8    *Republic*, 154 U.S. 118, 124 (1894)). "Thus, in assessing whether the second action is duplicative

9    of the first, we examine whether the causes of action and relief sought, as well as the parties . . .

10   to the action, are the same." *Adams*, 497 F.3d at 689. *See also Serlin v. Arthur Anderson & Co.*,

11   3 F.3d 221, 223 (7th Cir. 1993) (internal quotation marks and citation omitted) ("[A] suit is

12   duplicative if the claims, parties, and available relief do not significantly differ between the two

13   actions.").

14       On October 23, 2019, plaintiff filed a complaint in the Eastern District of California and

15   that is proceeding in *Flores v. Cal. Corr. Women's Facility*, No. 1:19-cv-01509. Three weeks

16   later, plaintiff filed the complaint commencing this action. Several pages of the complaints are

17   identical. The allegations are identical. The defendants are identical. The only difference in the

18   complaints is that plaintiff includes more exhibits attached to her complaint in *Flores*, No. 1:19-

19   cv-01509, at ECF No. 1.

20   **Findings and Recommendations**

21       It is hereby recommended that this case be dismissed as frivolous because it is duplicative

22   of *Flores v. Cal. Corr. Women's Facility*, No. 1:19-cv-01509. These findings and

23   recommendations are submitted to the U.S. District Court judge presiding over this case under 28

24   U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District

25   Court, Eastern District of California. Within fourteen days of the service of the findings and

26   recommendations, any party may file written objections to the findings and recommendations

27   with the court and serve a copy on all parties. That document must be captioned "Objections to

28

Magistrate Judge's Findings and Recommendations." The district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    June 12, 2020                                                                            
UNITED STATES MAGISTRATE JUDGE

No. 204.